[No. 62833-0-I.   Division One.   August 3, 2009.]

RONALD D. MAYNARD, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-20902-6, George T. Mattson, J., entered December 8, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 62988-3-I.   Division One.   August 3, 2009.]

*In the Matter of the Personal Restraint of* MARTIN JOHN HEALY, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 63287-6-I.   Division One.   August 3, 2009.]

*In the Matter of the Personal Restraint of* RAUL C. OREA-HERRERA, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 63614-6-I.   Division One.   August 3, 2009.]

*In the Matter of the Marriage of* KRISTINE ELAINE NELSON, *Respondent*, and JAMES J. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-3-08353-2, Douglass A. North, J., entered November 27, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Agid, JJ.